**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00493-CV

### PIONEER EMERALD POINTE, LLC, Appellant

### V.

### TEXMENIAN CONTRACTORS, LLC D/B/A RED CARPET CLEANING, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02983**

## ORDER

Before the Court is appellee's November 22, 2022 second unopposed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 29, 2022. Because the brief was first due October 30, 2022, we caution appellee that further extension requests will be disfavored.

/s/ BILL PEDERSEN, III
JUSTICE